DANIEL A. McDANIEL - SBN 77363
NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATIONS
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883
Facsimile: (209) 465-3956

Attorneys for Plaintiff
General Produce Co., Ltd.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>WAREHOUSE MARKETS, LLC, a California limited liability company; MICHAEL A. WEBB, an individual; NYCOLE WARREN, an individual; and C & S WHOLESALE GROCERS, INC., a Vermont corporation,<br><br>    Defendants.<br>_____ | Case No. 2:13-CV-00750-MCE-DAD<br><br>**ORDER PURSUANT TO STIPULATION** |

    Upon review of the Stipulation to Stay Action Pending Payment, and good cause appearing, it is hereby ordered that this action shall be stayed pending the filing by plaintiff of a Notice of Default or a dismissal in accordance with the stipulation.  In the event this matter is not resolved by November 20, 2013 as anticipated, the parties are directed to file a Joint Status Report not later than December 4, 2013.  A status conference is thereafter scheduled for December 12, 2013, should such a conference be necessary.

///

-1-
_____
[Proposed] Order Pursuant to Stipulation

1 | In the meantime, the instant matter is hereby removed from the civil active list pending further
2 | order from this Court.
3 |        ITS IS SO ORDERED.
4 | Date: June 06, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

_____
[Proposed] Order Pursuant to Stipulation