DANIEL A. McDANIEL - SBN 77363
NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATIONS
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883
Facsimile: (209) 465-3956

Attorneys for Plaintiff
General Produce Co., Ltd.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>WAREHOUSE MARKETS, LLC, a California limited liability company; MICHAEL A. WEBB, an individual; NYCOLE WARREN, an individual; and C & S WHOLESALE GROCERS, INC., a Vermont corporation,<br><br>    Defendants.<br>_____ | Case No. 2:13-CV-00750-MCE-DAD<br><br>**ORDER PURSUANT**<br>**TO AMENDMENT OF STIPULATION** |

Upon review of the Amendment of Stipulation to Stay Action Pending Payment (ECF No. 14), and good cause appearing, it is hereby ordered that this action shall continue to be stayed pending the filing by plaintiff of a Notice of Default or a dismissal in accordance with the stipulation.

///

///

///

///

-1-
_____

In the event this matter is not resolved by February 6, 2014 as anticipated, the parties are directed to file a Joint Status Report not later than February 17, 2014.

 IT IS SO ORDERED.

Date: October 08, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT