DANIEL A. McDANIEL - SBN 77363
NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATIONS
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883
Facsimile: (209) 465-3956

Attorneys for Plaintiff
General Produce Co., Ltd.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership, | Case No. 2:13-CV-00750-MCE-DAD |
| Plaintiff, | **ORDER** |
| vs. | |
| WAREHOUSE MARKETS, LLC, a California limited liability company, et al., | |
| Defendants. | |

Upon review of the Notice of Default it is hereby ordered that the stay of this action is vacated and the parties shall file a joint status report not later than February 17, 2014, in accordance with the October 9, 2013, Order Pursuant to Amendment of Stipulation (ECF No. 15).

IT IS SO ORDERED.

**Dated:  December 18, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-1-

Order