UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>             Plaintiff.<br><br>     vs.<br><br>WAREHOUSE MARKETS, LLC, a California limited liability company; MICHAEL A. WEBB, an individual; NYCOLE WARREN, an individual; and C & S WHOLESALE GROCERS, INC., a Vermont corporation,<br><br>             Defendants. | **[PROPOSED] ORDER CONTINUEING SETTLEMENT CONFERENCE**<br><br>Hon. Morrison C. England, Jr.<br>Chief Justice<br><br>Date:         October 23, 2014<br>Time:         9:00 a.m.<br>Courtroom:  26<br>Judge:        Hon. Allison Claire |
| FRESHKO PRODUCE SERVICES, INC., a California corporation,<br><br>             Intervening-Plaintiff,<br>     v.<br><br>WAREHOUSE MARKETS, LLC, a limited California liability company; MICHAEL A. WEBB, an individual; NYCOLE WARREN, an individual; C & S WHOLESALE GROCERS, INC., a Vermont corporation,<br><br>             Defendants. | |

1

ORDER CONTINUING SETTLEMENT CONFERENCE

1     Having read and considered Plaintiff General Produce Co., Ltd. and Intervening-Plaintiff
2 Freshko Produce Services, Inc.'s request to continue the settlement conference previously set for
3 August 7, 2014, at 9:00 a.m., and good cause appearing thereto,
4     IT IS HEREBY ORDERED that said settlement conference is continued to Thursday,
5 October 23, 2014, at 9:00: a.m., before the Honorable Allison Claire, at the above identified
6 court, located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA
7 95814, in courtroom 26.
8     IT IS FURTHER ORDERED that Intervening Plaintiff Freshko Produce Services, Inc.
9 shall serve notice to Defendants of entry of this order.
10     IT IS SO ORDERED.

Dated: August 4, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2
ORDER CONTINUING SETTLEMENT CONFERENCE